EMIL HENRY GREIBACH, Appellant, v. SONOTONE CORPORATION, Defendant, Impleaded with HUGO LIEBER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Claim of N. PETER RATHVON, as Trustee in Bankruptcy of PICK BARTH HOLDING CORPORATION, Appellant, against HENRY BROAD and Others, Respondents. In the Matter of the General Assignment for the Benefit of Creditors of C. & L. ST. REGIS COMMISSARY CORPORATION, to HENRY BROAD, and Others, Assignees.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AMERICAN HOME FOUNDATION, INC., Respondent, v. THE CANADA LIFE ASSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application to Compel WILLIAM C. MURPHY and FREDERICK P. DEWITT, Appellants, to Appear, Testify and Produce Certain Books and Papers, etc., in a Proceeding Pending in the Prerogative Court in the State of New Jersey, in the Matter of the Probate of the Alleged Will of EMMA C. BOLLES, Deceased, etc. HENRY L. BOLLES, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, v. BLACKACRE-WHITEACRE, INC., Respondent, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHEMICAL BANK & TRUST COMPANY, as Trustee, etc., Respondent, v. VICTORIA FORREST REYNAUD and Others, Appellants, Impleaded with Others. (Action No. 1.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [150 Misc. 221.]

PAUL KAPLAN, Appellant, v. K. & A. BUILDING CORPORATION and Others, Defendants, Impleaded with GUSTAVE HALPERN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

COASTAL OIL FIELDS, INC., Appellant, v. MILLS BENNETT, Respondent. (Action No. 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

COASTAL OIL FIELDS, INC., Appellant, v. MILLS BENNETT, Respondent. (Action No. 3.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ETHEL L. LOWENTHAL, Appellant, v. HENRY LOWENTHAL, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARONBERG-FRIED COMPANY, INC., Respondent, v. MORRIS DEMOLITION CORPORATION, Appellant, Impleaded with Another. (Supreme Court Action.) MORRIS DEMOLITION CORPORATION, Appellant, v. ARONBERG-FRIED COMPANY, INC., Respondent. (City Court of the City of New York, County of Queens Action.)—